

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

───────────────────────

No. 02-21-00145-CV

───────────────────────

IN RE R.W., Relator

Original Proceeding
415th District Court of Parker County, Texas
Trial Court No. CV-18-1452

Before Sudderth, C.J.; Bassel and Womack, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

Per Curiam

Delivered: May 13, 2021